

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 2, 2020

**VIA ECF**
Honorable Judge Broderick
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 1/6/2020

Re:     Diaz v. Vintage King Audio, Inc..; Case No: 1:19-cv-08271-VSB

Dear Judge Broderick,

 This firm represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's December 6, 2019 Order, the parties were granted 30 days in which to restore the case to the court's calendar. It is now January 2, 2020, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the parties respectfully request an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal.

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

/S/ Daniella Adler
Daniella Adler, Esq.

Cc: All counsel of record (Via ECF)