

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

February 12, 2020

**VIA ECF**
Honorable Judge Broderick
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 2/17/2020

Re:   Diaz v. Vintage King Audio, Inc..; Case No: 1:19-cv-08271-VSB

Dear Judge Broderick,

This firm represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's January 6, 2020 Order, the parties were granted an additional 30 days in which to restore the case to the court's calendar. It is now February 12, 2020, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the Plaintiff respectfully requests an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal. Counsel for Defendant consents to the above request.

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

Cc: All counsel of record (Via ECF)